# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: CYRIL ALONZO,<br><br>　　　Debtor.<br>----------------------------------------------------------<br>CYRIL ALONZO,<br>　　　Appellant,<br>v.<br>FRANCIS MICHAEL SWEENEY, M.D., et al.,<br>　　　Appellee. | Bankruptcy Case No: 12-12252-gs<br><br>USDC Case No. 2:14-cv-0398-LDG<br><br><br>**ORDER** |

　　　Debtor filed his notice of appeal on March 17, 2014.  Under the bankruptcy rules, he had 14 days after the filing of his notice of appeal to file a designation of record on appeal and the statement of issues.  On April 2, 2014, the bankruptcy clerk filed a status report indicating that the debtor had not filed a designation of record or statement of issues.  No such filing has apparently been made as of this date.  Accordingly,

　　　THE COURT HEREBY ORDERS that this appeal is DISMISSED.

　　　DATED this 30 day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Lloyd D. George
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge